# EXHIBIT A

# The State Bar of California
## Attorney Misconduct Complaint

Date: 11/23/2019

### Your Contact Information

| First name: | A. | Middle name: | | Last name: | Bolton |
|---|---|---|---|---|---|

| Address: | 3126 Shattuck Avenue |
|---|---|

| City: | Berkeley | State: | CA | ZIP code: | 94705 |
|---|---|---|---|---|---|

| Email: | |
|---|---|

Your telephone numbers:

| Home: | (510) 540-0878 | Work: | (510) 540-0878 | Cell: | |
|---|---|---|---|---|---|

### Attorney's Information

| First name: | Lynne | Middle name: | Sarah | Last name: | Bourgault |
|---|---|---|---|---|---|

| Address: | Berkeley City Attorney, 2180 Milvia St 4th Fl Berkeley City Clerk, 2180 Milvia St |
|---|---|

| City: | Berkeley | State: | CA | ZIP code: | 94704 |
|---|---|---|---|---|---|

| Email: | lbourgault@ci.berkeley.ca.us | | CA Bar License #: | 180416 |
|---|---|---|---|---|

| Home phone: | (510) 981-6998 | Work phone: | (510) 981-6998 |
|---|---|---|---|

| Cell phone: | (510) 981-6995 | Website: | http://www.ci.Berkeley.ca.us |
|---|---|---|---|

Have you or a member of your family complained to the State Bar about this attorney previously?

○ Yes     ⊙ No

Did you hire the attorney?

○ Yes     ⊙ No

Enter the approximate date you hired the attorney and the amount, if any paid to the attorney.

| Date: | | Amount paid: | |
|---|---|---|---|

What is your connection with the attorney? Explain briefly.

Lawsuit, government attorney.

**Statement of Complaint**

Include with your submission a statement of what the attorney did or did not do that is the basis of your complaint. Please state the facts as you understand them. Do not include opinions or arguments. If you hired the attorney(s), state what you hired the attorney(s) to do. Additional information may be requested.

Fraud. Dishonesty. Harassment. Intimidations. Threats. Deceit. Misrepresentation. Violate permissions and privacy/confidentiality. Abusive.

1

# The State Bar of California

Date: 11/25/2019

## Attorney Misconduct Complaint

### Your Contact Information

| | | |
|---|---|---|
| First name: A. | Middle name: | Last name: Bolton |
| Address: 3126 Shattuck Avenue | | |
| City: Berkeley | State: CA | ZIP code: 94705 |
| Email: | | |
| Your telephone numbers: | | |
| Home: (510) 540-0878 | Work: (510) 540-0878 | Cell: |

### Attorney's Information

| | | |
|---|---|---|
| First name: Farimah | Middle name: Faiz | Last name: Brown |
| Address: 2180 Milvia St Fl 4 Office City Attorney 2180 Milvia St Fl 4, Berk, CA | | |
| City: Berkeley | State: CA | ZIP code: 94704-1122 |
| Email: fbrown@cityofberkeley.info | | CA Bar License #: 201227 |
| Home phone: (510) 898-8564 | | Work phone: (510) 981-6985 |
| Cell phone: (510) 981-6985 | Website: http://www.cityofberkeley.info | |

Have you or a member of your family complained to the State Bar about this attorney previously?

○ Yes   ⊙ No

Did you hire the attorney?

○ Yes   ⊙ No

Enter the approximate date you hired the attorney and the amount, if any paid to the attorney.

Date:                                Amount paid:

What is your connection with the attorney? Explain briefly.

Litigant. 3:19-CV-05212 CA US Northern District Court.

**Statement of Complaint**

Include with your submission a statement of what the attorney did or did not do that is the basis of your complaint. Please state the facts as you understand them. Do not include opinions or arguments. If you hired the attorney(s), state what you hired the attorney(s) to do. Additional information may be requested.

Lacking competence and supervision of staff. Conflict of interest regarding City of Berkeley's interest. Betrayal of public trust, esp., in protecting the public & enhancing the administration of justice. Including. Fraud. Dishonesty. Harassment. Intimidations. Threats. Deceit. Misrepresentation. Violate permissions and privacy/confidentiality. Abusive.

1