A.B.
3126 Shattuck Avenue
Berkeley, CA 94705

NEOPOST
12/19/2019
US POSTAGE $000.65⁰

FIRST-CLASS MAIL



ZIP 94705
041L10425535

Clerk's Office
US Northern California District Court
450 Golden Gate Avenue Mail Box 36060
San Francisco, CA 94102

